# UNITED STATES DISTRICT COURT

## Southern District of Illinois

**FILED**

NOV 13 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MARCUS MITCHELL NELSON | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |

Case No.   4:01CR40045-001-JPG

USM No. 05326-025

Melissa A. Day, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)    as alleged in petition    of the term of supervision.

☐ was found in violation of condition(s)   _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special | The defendant admitted to the use of cocaine | 07/31/2008 |
| Standard | The defendant failed to call On Site Drug Testing | 09/27/2008 |
| Standard | The defendant failed to notify probation as to change in Employment. | 09/15/2008 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _2643_

Defendant's Year of Birth:   _1982_

City and State of Defendant's Residence:
Cairo, IL

11/07/2008
Date of Imposition of Judgment

_J. Phil Gilbert_
Signature of Judge

J. Phil Gilbert          District Judge
Name and Title of Judge

November 13, 2008
Date

DEFENDANT: MARCUS MITCHELL NELSON
CASE NUMBER: 4:01CR40045-001-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard | The defendant violated conditions of his electronic monitoring | 09/29/2008 |
| Special | The defendant consumed alcohol when he was required to abstain from alcohol. | 10/01/2008 |

DEFENDANT: MARCUS MITCHELL NELSON
CASE NUMBER: 4:01CR40045-001-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

24 months

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends Drug Treatment Counseling

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL